In the Matter of INTERNATIONAL RAILWAY COMPANY, Appellant, against PUBLIC SERVICE COMMISSION OF THE STATE OF NEW YORK, Respondent. (Case No. 10419).

Argued December 9, 1942; decided January 14, 1943.

*Clarence R. Runals* and *James C. Sweeney* for appellant.

*Gay H. Brown, George H. Kenny, Laurence J. Olmsted* and *Sherman C. Ward* for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Taking no part: LEHMAN, Ch. J